**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00399-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTOS MELENDEZ,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 16) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for November 13, 2009 and the three-day jury trial set to commence on November 30, 2009 are VACATED.  It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than November 16, 2009 to set this matter for a Change of Plea Hearing.

    DATED:  November   10  , 2009

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge